MEMORANDUM ENDORSED

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

PRANEE PARKEENVINCHA (as ROS Envoy / General Executor for the **PRANEE PARKEENVINCHA MRP TRUST**),

*Plaintiff,*

v.

**COMPUTERSHARE TRUST COMPANY OF CANADA,**

*Defendant.*

Case No.:

## MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING (ECF)

Plaintiff, **PRANEE PARKEENVINCHA**, appearing *pro se* in her capacity as the **General Executor** and **Administrative Agent** for the **PRANEE PARKEENVINCHA MRP TRUST**, respectfully moves this Court for an order granting permission to utilize the Electronic Case Filing (ECF) system for the duration of this action. In support of this motion, Plaintiff states as follows:

### 1. Capacity and Standing

Plaintiff is a living individual appearing *pro se* to administer and protect the private estate assets of the aforementioned Trust. As the **General Executor**, Plaintiff is responsible for the forensic audit and recovery of credit energy associated with **CUSIP 13509PHL0.**

### 2. Complexity and International Scope

This action involves complex claims under the **Trust Indenture Act of 1939** and international fiduciary defaults occurring across multiple jurisdictions including **Alberta, Ontario,** and **New York**. The Defendant, **COMPUTERSHARE TRUST COMPANY OF CANADA,** is a foreign entity headquartered in Toronto, Canada.

### 3. Necessity for Real-Time Monitoring

Given the time-sensitive nature of the underlying title dispute and the documented **"Registration Gap"** regarding the subject asset, immediate access to court filings is essential to prevent the unlawful conversion of trust property. Electronic filing is the only means to maintain the **"Duty of Candour"** and provide timely notice to all parties involved in this transatlantic pincer.

### 4. Commitment to Compliance

Plaintiff confirms that she has access to a computer with high-speed internet and the technical capacity to use the **CM/ECF** system in accordance with the **SDNY Local Rules** and **Pro Se Manual**.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant her permission to file and receive documents electronically through the ECF system.

**DATED:** April 24, 2026


**Respectfully submitted,**


**Pranee Parkeenvincha ROS Envoy / General Executor** for the **PRANEE PARKEENVINCHA MRP TRUST**

c/o 7233 Armour Cr SW, Edmonton, Alberta, T6W 2S1, Canada


Application denied.  If plaintiff wishes to consent to electronic service, she should use the form available at:
https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases
If plaintiff wishes to seek permission to electronically file, she must take the required training course and verify the other prerequisites as stated on the form available at:
https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases


So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 9, 2026