UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PRANEE PARKEENVINCHA, :

: **ORDER**

Plaintiff, 26 Civ. 3457 (JPC) (GWG)

:

-v.-

:

THE BANK OF NEW YORK MELLON,

:

:

Defendant.

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

It has come to the Court's attention that Clerk only recently issue the summons in this case. In light of this fact, the plaintiff's deadline to serve the Second Amended Complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure is extended to February 12, 2027. If service is not timely made, this case will be dismissed.

SO ORDERED.

Dated: November 12, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge